IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO ELIZALDE MONTOYA,**<br><br>          Petitioner,<br><br>   v.<br><br>**W. J. SULLIVAN,**<br><br>          Respondent. | CV F 05-1343 OWW WMW HC<br><br>ORDER VACATING ORDER<br>ENTERED MARCH 21, 2006<br><br>[Doc. 9] |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On March 21, 2006, the court entered an order denying Petitioner's request to proceed in forma pauperis. This order was entered in error. Accordingly, the court's order of March 21, 2006, is HEREBY VACATED. The Clerk of the Court is HEREBY DIRECTED to retain the docket entry for the vacated order but to delete the associated image from the court's electronic docket.

IT IS SO ORDERED.

Dated:   May 3, 2006                  /s/ William M. Wunderlich
bl0dc4                                       UNITED STATES MAGISTRATE JUDGE