UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO ELIZALDE MONTOYA, | ) | 1:05-CV-01343-OWW-WMW-HC |
| Petitioner, | ) | ORDER VACATING ORDER OF |
| v. | ) | MAY 25, 2006 |
| W. J. SULLIVAN, | ) | (Document #11) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 25, 2006, the court issued an order denying petitioner's motion to proceed in forma pauperis and ordering petitioner to pay the $5.00 filing fee for this action within thirty days. A review of petitioner's file shows that he paid the $5.00 filing fee on May 23, 2006, two days before the order was entered. Due to receipt of the filing fee by the court, IT IS HEREBY ORDERED that the order of May 25, 2006, which denied petitioner's motion to proceed in forma pauperis, is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   July 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE